# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2020

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * Appeal from the United States |
| v. | * District Court for the Northern |
| | * District of Iowa. |
| Jodi Enos, | * |
| | * [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: December 29, 2005
Filed: January 9, 2006

_____

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Jodi Enos pleaded guilty to attempting to manufacture methamphetamine, and aiding and abetting the attempt to manufacture methamphetamine, in violation of 18 U.S.C. § 2 and 21 U.S.C. § 846. The district court[1] sentenced her within the advisory Guidelines range to 70 months in prison and 4 years of supervised release. On appeal, her counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967). For the reasons discussed below, we grant counsel's motion and affirm the judgment of the district court.

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

Counsel argues that the sentence imposed is unreasonable under the standard of review announced in <u>United States v. Booker</u>, 543 U.S. 220 (2005). However, a sentence within the advisory Guidelines range is presumptively reasonable, and we conclude that Enos has not satisfied her burden to rebut that presumption of reasonableness. <u>See</u> <u>United States v. Lincoln</u>, 413 F.3d 716, 717-18 (8th Cir. 2005), <u>cert. denied</u>, 2005 WL 3067440 (U.S. Dec. 12, 2005) (No. 05-7506).

After reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____